UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ARTHUR FIELDS and
GLORIA FIELDS,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.                                     No. 12-cv-228-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal (Doc. 75).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 76) entered by this Court on February 27, 2014, this case is **DISMISSED** with prejudice.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:     /s/*Sara Jennings*
                                                   **Deputy Clerk**

Dated: March 3, 2014

Digitally signed by David R. Herndon
Date: 2014.03.03 13:11:06 -06'00'

**APPROVED:**
        CHIEF JUDGE
        U. S. DISTRICT COURT